**Order entered August 27, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00421-CR
No. 05-13-00422-CR
No. 05-13-00423-CR
No. 05-13-00424-CR
No. 05-13-00425-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ALBERT G. HILL III, Appellee**

## ORDER

On August 19, 2013, the State filed an eleven-page document entitled "Initial Objections to Findings of Fact and Conclusions of Law." Nothing on the document reflects that it is a copy of objections that were filed in the trial court. The Court now has before it appellee's motion to strike the objections or treat them as the State's opening brief. The objections do not satisfy the requirements of an appellate brief. We further conclude the objections were not properly filed with this Court directly but should have been filed with the trial court and forwarded to this Court in a supplemental clerk's record. Accordingly, we **GRANT** appellee's August 26, 2013 motion to strike as follows.

We **STRIKE** the State's August 19, 2013 "Initial Objections to Findings of Fact and Conclusions of Law" with directions to the State to file the document in the trial court and have it forwarded to this Court in a supplemental clerk's record. Any further references to the objections are to be included in the parties' briefs on appeal.

We note that the State has already been granted one extension of time to file its brief and the State's brief is due August 30, 2013.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
        JUSTICE